THE LAW OFFICES OF
# ANDREW J. FRISCH



40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038

(212) 285-8000
FAX: (646) 304-0352

WWW.ANDREWFRISCH.COM

September 23, 2013

By Facsimile

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Daniel Bonventre
            Criminal Docket No. 10-228 (LTS)

Dear Judge Swain:

      On behalf of Daniel Bonventre, I write to supplement my letter to the Court, dated September 22, 2013, regarding expert disclosures.

      On September 12, 2013, when the government provided notice of expert opinions that it had failed to provide by the Court's deadline of August 23, 2013, it provided notice of the expert opinion of Michael Auerbach, an expert on ERISA and Forms 5500. Pursuant to the Court's order that the defense have thirty days from the government's expert disclosure to provide reciprocal expert disclosure, the government agreed that Mr. Bonventre may have thirty days from September 12, 2013, to provide reciprocal notice for his tax expert. Mr. Bonventre seeks the same thirty days for his reciprocal notice for the expert opinion of his ERISA expert. The government has not yet responded to my request for its consent to this application. Meanwhile, we have disclosed the identity and qualifications of that expert to the government.

Respectfully submitted,

Andrew J. Frisch

cc: All Counsel

*The requested notice deadline is approved.*

SO ORDERED:

9/24/13

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE