

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2013



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 3 0 2013
```

MEMO ENDORSED

BY ELECTRONIC DELIVERY/HAND

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 755
New York, New York 10007

    Re:   *United States v. Daniel Bonventre, et al.*
           No. S10 10 Cr. 228 (LTS)

Dear Judge Swain:

    The Government respectfully writes to inform the Court regarding the status of the audio/video set up of the Ceremonial Courtroom. The Government has retained a private contractor, Trial Graphix, to complete the set up we described at the final pre-trial conference. Relevant portions of Trial Graphix's proposal are attached as Exhibit A. The attached set up can be completed by next Friday, at an estimated cost of $8,202 per month over the course of the trial. This, the Government believes, is the best available set up for the trial within the constraints of the courtroom infrastructure and the Government's budget. If the Court does not have any objections to the proposed set up, the Government requests that the Court memo endorse this letter with an authorization allowing the Government to bring Trial Graphix in to complete the necessary temporary modifications to the courtroom. Please contact the undersigned Assistant U.S. Attorneys if Your Honor has any questions or concerns.

> The set-up is approved, subject to placement of the large screens to the side (see attached markup) so as to minimize new blockage and leave room for seating in front of the rail. The screens must be high enough to avoid view blockage.

Respectfully submitted,

/s
RANDALL W. JACKSON
MATTHEW L. SCHWARTZ
JOHN T. ZACH
Assistant United States Attorneys
Tel.: (212) 637-1029

cc:   BY E-MAIL
      Andrew Frisch, Esq.
      Roland Riopelle, Esq.
      Eric Breslin, Esq.
      Gordon Mehler, Esq.
      Larry Krantz, Esq.

SO ORDERED:

/s/ 9/30/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE



**TRIALGRAPHIX**

DISCOVERY • JURY CONSULTING • PRESENTATIONS



# Presentation Technology Services Proposal

## U.S. Department of Justice

*Proposal for Audiovisual Equipment*

