

# UB
## University at Buffalo
*The State University of New York*

**Department of Sociology**
College of Arts and Sciences

10 CRIM 228 (LTS)

US -v- Bonventre, et al.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
FILED: JAN 21 2014

MEMO ENDORSED

January 14, 2013

The Honorable Laura Taylor Swain,
United States District Court,
Daniel Patrick Moynihan United States Courthouse,
500 Pearl Street,
New York, NY    10007

Dear Judge Swain:

I am writing to ask if you might have the transcripts of some of the witnesses in the US v. O'Hara, et al trial released to the public sometime before, what I have been told is, ninety days after the trial is completed.

I have been involved in research into the BLMIS matter for over four years (I am enclosing some of my essays), and believe that it is unnecessary and unreasonable to wait until spring to complete the present phase of this work. I have, of course, contacted the court reporters in an attempt to negotiate a financial arrangement whereby they would be compensated for putting the documents I need on PACER, but I have been unable to make my needs clear. I have been told that it would be necessary to pay $4.02 a page to read through perhaps thousands of pages in order to learn more about what it was like working at BLMIS from the early 1970s through 2008.

I need to move ahead with my research, and not waste additional time pleading for material in the public realm, readily available to those -- the media and large law firms -- able to pay for it.

I would appreciate your assistance in this matter.

Sincerely,

Lionel S. Lewis

Lionel S. Lewis, MA, PhD
Professor emeritus
SUNY/Buffalo
soclsl@buffalo.edu        716-634-6770

Copies mailed/faxed to Mr. Lewis
Chambers of Judge Swain    on 1-21-2014

*The waiting period for PACER access is set by Judicial Conference policy. The request is, accordingly, denied.*

**SO ORDERED:**

/s/ 1/21/14

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE