10 cr 228 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 4 2014

To the Jury:

We have received your notes requesting additional exhibits.  Copies of your notes, which have been marked as Court Exhibits 59 and 60, are attached to this note.

One of the exhibits you requested, Government Exhibit 900-51, cannot be provided to you because there is no such exhibit.  All of the other exhibits you requested are being provided to you with this note.

> Judge Swain
> March 24, 2014
> 11:55 a.m.

Court Exhibit 62