THE LAW OFFICES OF
# ANDREW J. FRISCH

40 FULTON STREET
23rd FLOOR
NEW YORK. NEW YORK 10038

(212) 285-8000
FAX: (646) 304-0352
WWW.ANDREWFRISCH.COM

June 18, 2014

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   United States v. Daniel Bonventre
>        Criminal Docket No. 10-228 (LTS)

Dear Judge Swain:

In accordance with the Court's Order, dated June 16, 2014, enclosed with this letter, as Exhibits A, B and C are PDF copies of the PowerPoint slides shown to the jury during summation on behalf of Daniel Bonventre. Please note that the slides are divided into three PDF files, as the file is too large to file on ECF as one document. Please also note that the PDF versions do not reflect certain animation shown to the jury and instead reflect only the final product as seen by the jury, post-animation.

Respectfully submitted,

Amanda L. Bassen

Enclosures

cc: All Counsel