

Exhibit 1000-2
(cropped)

# The 703 Account

Q. Ms. Anderson,
date of this page

A. February 1, 200

Q. Can you read f
handwriting that'
hand side above t

A. "38 mill wire ou
New York Lawren

Q. **Whose handw**

A. **Mine.**

    -- Semone An



# The 703 Account

Q. Ms. Anderson, what is the date of this page of the pad?

A. February 1, 2006.

Q. Can you read for us the handwriting that's on the right-hand side above the box.

A. "38 mill wire out Bank of New York Lawrence."

Q. **Whose handwriting is that?**

A. **Mine.**

       -- Semone Andersen Tr., 4355



Exhibit 105-a422, p. 115

# The 703 Account

Q. What were you doing when you found out that he had been arrested?

A. That particular morning I came in, and I was actually in the middle of doing the checkbook for the morning, receiving in the checks and writing the information down, when I got the information that he had been arrested.

**-- Winnifer Jackson Tr., 1008**

WALT

C.M.  7-17-06                          C.M. = WIRE ACTIVITY

+355.36.2 BALANCE FORWARD             ✓ — 6000 ✓ WIRE out — METS

— 1431 CHECKS OUT *DAILY              ✓ — 635 ✓ WIRE out — GALE

_____ CHECKS OUT*MONTHLY            ✓ — 500 ✓ WIRE out — SARAN

                                      ✓ — 100 ✓ WIRE out — CHAIS

_____ CHECKS OUT*.                  — 6786 WIRE IN — INT-CE Belbou  2005
                                      + 5244 WIRE IN — INT-CR Bal 9/1 2006 — 5/3/06
+28 +15                               + 911 WIRE IN — TREASURY INT
+13. CK RTN/STOP PAYMENT              ✓ + 8600 WIRE IN — HT Capital

+12575 NET WIRES ****                 ✓ + 19 WIRE IN — Groffman

+ 858 MY DEPOSIT                      ✓ +1250 WIRE IN — TROTANOY

                                      +12575 NET WIRES **** ✓

+ 367,420 TOTAL BALANCE               WIRING OUT 9.5 MIL 7/18 Picower

*HAND DELIVER 220,000 — F.Levy        WIRING OUT 2 MIL 7/18 CANADA

                                      WIRING OUT 569,200 — 7/19 Pinto

DRAWING SPECIAL _____               WIRING OUT 100 M 7/19 Awls

MAILED IN STATE  408,727.16           WIRING OUT 6 MIL 7/20 J Levy

                                      WIRING OUT 1 MIL ? NCA Cap

MAILED OUT STATE  802,487.50          WIRING OUT 471,087.59 7/20 Fiteman

                                      WIRING OUT 11,550,000 — 8/10 SHAPIRO

WIRING OUT _____                    WIRING OUT 550M 7/20 ULRYCH

WIRING OUT _____                    WIRING OUT _____

WIRING OUT _____                    WIRING OUT _____

WIRING OUT _____                    WIRING OUT _____

WIRING OUT _____                    WIRING OUT _____

DRAWING CKS 7/18  1,306,854.57

GOVERNMENT EXHIBIT
105-A422
10 Cr. 228 (LTS)

Q. …Why don't we go to 105-A422. Ms. Anderson, do you recognize this form that we are looking at?

A. Yes.

Q. What is this?

A. It's part of what we call the pad.

Q. What is the purpose of the pad?

A. **That is our running record showing the checks and wires in and out.**

-- Semone  Andersen Tr., 4355



GOVERNMENT
EXHIBIT
1000-69
10 Cr. 228 (LTS)

# Stanley Chais

Q. Did you tell the government that it was Mr. Madoff who asked you to make changes to the Chais accounts and to teach Ms. Crupi how to do them, how to handle them?

**Mr. DiPascali**. Yes.

**…**

Q. All right. And then after that, as a part of teaching Ms. Crupi that process, she would run her work by you for approval?

**Mr. DiPascali**. Yes.

…

Q. But can we agree that it was you who taught Ms. Crupi the methodology to handle the Chais accounts?

**Mr. DiPascali**. We can agree to that.

**-- Frank DiPascali Tr., 6670-71**

# Counts 16 and 17

Five Bank loans obtained by David Kugel, his wife, his son, and his daughter for high-end real estate.

Based on documents submitted, and often drafted by the Kugels

Following conversations with Bernard Madoff, at which Jodi was not present

Reflecting numbers provided by David Kugel

That David Kugel believed were accurate

From IA accounts managed exclusively by David Kugel

With all proceeds going to the Kugels

And no value – not one dime – going to Jodi

# David Kugel says:

They existed.  The number I had in the IA account that showed was not the full value of what I thought the account was worth.  I included in there, in all cases, working capital, and in some cases I included money that I was transferring as a gift to my son and/or daughter.

So, in some cases, I did transfer it and the number represent -- even though it wasn't accurate -- I realize I'm wrong because I didn't accurately report exactly as it should be done, and I realize my mistake.  But the way I came up with the number was, in my mind, I had this working capital, and my account was worth more and the same for my children.

-- David Kugel Tr., 2450-51

# David Kugel says:

Q. So you didn't just pluck the numbers out of thin air?

A. Correct.

Q. You looked at what was both in the account and what you had in your working capital and what was in the portfolio   management report, and so that's how you came up with the   numbers that ended up on these applications?

A. Yes, or money that I was going to transfer into their account from my account.

Q. So there was some basis in reality for the math?

A. Correct.  It wasn't just -- correct.

Q. But you did these calculations, correct?

A. Yes.

-- David Kugel Tr., 2450-51

# Everyone says:

Q. And so you thought the money in your investment account was going towards shopping centers and foreign currency?

A. Other investments that he was making, yes, yes.

Q. And that's how he was paying his returns?

A. That's how he was making money to pay for the returns, yes.

-- David Kugel, Tr. 1876

# Everyone says:

Q. You told us that you kept virtually your entire wealth in your investment advisory account once you opened it, correct?

A. Yes.

Q. You did that because you never suspected there was anything fraudulent about that account, correct?

A. Correct.

Q. You never suspected there was a Ponzi scheme at Madoff Securities, correct?

A.  Correct.

-- Enrica Cotellessa-Pitz, Tr. 4141

# Everyone says:

I literally thought that we were doing the customers a favor of granting them these extraordinary returns because I thought the assets were there to back those liabilities, and I believed in Madoff, that he had somehow the power to make a rate of return greater than what he promised the customer. I  understood the entire fraud to be something other than it was and -- yeah.

-- Frank DiPascali, Tr. 5421

# David Kugel said. . .

A. The conversation was, where is Bernard Madoff investing the money? As a matter of fact, at one point, Marty says as a joke -- Marty Joel says as a joke, Who's Madoff's Madoff?

Q. And what was your answer?

A. It was said as a joke. I didn't even answer.

Q. Why is that a joke, who's Madoff's Madoff?

A. Because we didn't know where he was investing the money.

-- David Kugel Tr., 1932

# The Kugel Loans

- The 2002 David Kugel Boca Mortgage
- The 2003 David Kugel Manhasset Mortgage
- The 2005 Craig Kugel New York Mortgage
- The 2007 Craig Kugel Construction Loan
- The 2002 Heather Kugel New York Mortgage



**BERNARD L. MAD**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

September 19, 2002

David and Phyllis Kugel

Dear Mr. and Mrs. Kugel,

Please be advised that the balance in your brokerage account at Bernard L. Madoff Investment Securities LLC, on August 31, 2002 was $5,998,572.00.

If I can be of any further assistance I can be reached at 212-230-2461.

Sincerely,

Jodi Crupi

MADF

DAVID     KUGEL

5,998,572.00

David & Phyllis
KUGEL

GOVERNMENT
EXHIBIT
200-30
10 Cr. 228 (LTS)

-- Exhibit 200-30. p. 2

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

## Request for Verification of Deposit

kugelD

**Exhibit 200-31**

Privacy Act Notice: This information is to be used by the agency collecting it or its assignees in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et. seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPO); and Title 42 USC, 1471 et. seq., or 7 USC, 1921 et. seq. (if USDA/FmHA).

Instructions: Lender - Complete items 1 through 8. Have applicant complete item 9. Forward directly to depository named in item 1.
Depository - Please complete items 10 through 16 and return directly to lender named in item 2.
The form is to be transmitted directly to the lender and is not to be transmitted through the applicant(s) or any other party.

### Part I - Request

| | | |
|---|---|---|
| 1. To (Name and address of depository)<br>JODI CRUPI<br>Bernard Madoff<br>885 THIRD AVE<br>NEW YORK, NY 10022 | 2. From (Name and address of lender)<br>CORREA JAMES<br>Magellan Mortgage Group<br>10 Fairway Dr<br>Deerfield Beach, FL 33441 | Lender's Phone No.<br>561-864-4562 |

I certify that this verification has been sent directly to the bank or depository and has not passed through the hands of the applicant or any other interested party.

| 3. Signature of Lender | 4. Title<br>PROCESSOR | 5. Date | 6. Lender's No. (Optional) |
|---|---|---|---|

7. Information To Be Verified

| Type of Account | Account in Name of | Account Number | Balance |
|---|---|---|---|
| INVESTMENT SEC. | David Kugel and Phyllis Kugel | KOO66-3 | $ 5,750,000.00 |
| | | | $ |
| | | | $ |
| | | | $ |

To Depository: I/We have applied for a mortgage loan and stated in my/our financial statement that the balance on deposit with you is as shown above. You are authorized to verify this information and to supply the lender identified above with the information requested in items 10 through 13. Your response is solely a matter of courtesy for which no responsibility is attached to your institution or any of your officers.

| 8. Name and Address of Applicant(s) | 9. Signature of Applicant(s) |
|---|---|
| David Kugel, SSN:<br>Phyllis Kugel, SSN: | X   SEE ATTACHMENT<br><br>X |

### To Be Completed by Depository

### Part II - Verification of Depository

10. Deposit Accounts of Applicant(s)

| Type of Account | Account Number | Current Balance | Average Balance For Previous Two Months | Date Opened |
|---|---|---|---|---|
| BROKERAGE | 1K006630 | $ 5,916,392— | $ 5,957,482— | PRIOR to 1989 |
| | | $ | $ | |
| | | $ | $ | |
| | | $ | $ | |

11. Loans Outstanding To Applicant(s)

| Loan Number | Date of Loan | Original Amount | Current Balance | Installments (Monthly/Quarterly) | Secured By | No. of Late Payments |
|---|---|---|---|---|---|---|
| | | $ | $ | $        per | | |
| | | $ | $ | $        per | | |
| | | $ | $ | $        per | | |

12. Please include any additional information which may be of assistance in determination of credit worthiness (Please include information on loans paid-in full in item 11 above.)

13. If the name(s) on the account(s) differ from those listed in item 7, please supply the name(s) on the account(s) as reflected by your records.

### Part III - Authorized Signature

Federal statutes provide severe penalties for any fraud, intentional misrepresentation, or criminal connivance or conspiracy purposed to influence the issuance of any guaranty or insurance by the VA Secretary, the U.S.D.A-FmHA/FHA Commissioner, or the HUD/CPD Assistant Secretary.

| 14. Signature of Depository Representative<br>Jodi Crupi | 15. Title (Please print or type)<br>Account Executive | 16. Date<br>10-24-02 |
|---|---|---|
| 17. Please print or type name of person signed in item 14<br>JODI CRUPI | 18. Phone No.<br>212-230-2461 | |

CALYX Form vod.frm 12/06



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

David —
Look this over — if its okay I will put
it on Madoff letterhead — Let me know.

Jodi

February 6, 2003

David and Phyllis Kugel

Dear Mr. and Mrs. Kugel,

Please be advised that the balance in your brokerage account at Bernard L. Madoff Investment Securities LLC, on January 31, 2003 was $6,138,818.76 .

If I can be of any further assistance I can be reached at 212-230-2461.

Sincerely,

Jodi Crupi

---

February 6, 2003

David and Phyllis Kugel

Dear Mr. and Mrs. Kugel,

Please be advised that the balance in your brokerage account at Bernard L. Madoff Investment Securities LLC, on January 31, 2003 was $6,138,818.76 .

If I can be of any further assistance I can be reached at 212-230-2461.

Sincerely,

Jodi Crupi

GOVERNMENT
EXHIBIT
105-C143
10 Cr. 228 (LTS)

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

12/14/05 11:53 FAX 5169327452 MANHATAN MORTGAG   @002

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

September 16, 2005

The Manhattan Mortgage Company
350 Jericho Turnpike
Jericho, NY 11753

To Whom It May Concern:

This letter verifies that Craig Kugel has an investment account with Bernard L. Madoff
Investment Securities LLC with account number# 1-K0144-3. The current market value
of this account is $650,000. Please contact me if you need any further information.

Exhibit 105-C135, p.2

Sincerely,

Joann Crupi

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

# Craig Kugel said…

Q. So you did not plead guilty at any time to bank fraud, did you?

A. **No, I did not commit that crime.**

**-- Craig Kugel Tr., 7455**

Source: Exhibit 105-c48



Source: Exhibit 105-c51, p. 6

MAR-11-2003 TUE 02:12 PM SSNATIONAL MORTGAGE    FAX NO. 7034045844    P. 02

## Request for Verification of Deposit

93202042

Privacy Act Notice: This information is to be used by the Agency collecting it or its assignee in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et. seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD); and Title 42 USC, 1471 et. seq., or 7 USC, 1921 et. seq., (if USDA/FmHA).

Instructions: Lender - Complete items 1 through 8. Have applicant complete item 9. Forward directly to depository named in item 1.    Lender's Phone No.
Depository - Please complete items 10 through 18 and return directly to lender named in item 3.    703-648-5900
The form is to be transmitted directly to the lender and is not to be transmitted through the applicant(s) or any other party.

**Part I - Request**

1. To (Name and address of depository)
VERIFICATION OF FUNDS
Borrower Madoff
TEL#
FAX#  212-271-0470

2. From (Name and address of lender)
PATRICE HENDERSON
ACCESS NATIONAL MORTGAGE
8233 Old Court House Road
Vienna, VA 22182

I certify that the verification has been sent directly to the bank or depository and has not passed through the hands of the applicant or any other interested party.

3. Signature of Lender    4. Title  LOAN PROCESSOR    5. Date  03/11/2003    6. Lender's No. (Optional)

7. Information To Be Verified

| Type of Account | Account in Name of | Account Number | Balance |
|---|---|---|---|
| brokerage | DAVID KUGEL and PHYLLIS KUGEL | K0096-3 | $ current |
| | | | $ |
| | | | $ |

To Depository: I/We have applied for a mortgage loan and stated in my/our financial statement that the balance on deposit with you is as shown above. You are authorized to verify this information and to supply the lender identified above with the information requested in items 10 through 13. Your response is solely a matter of courtesy for which no responsibility is attached to your institution or any of your officers.

8. Name and Address of Applicant(s)
DAVID KUGEL, SSN:
PHYLLIS KUGEL, SSN:

9. Signature of Applicant(s)
X

## To Be Completed by Depository

**Part II - Verification of Depository**

10. Deposit Accounts of Applicant(s)

| Type of Account | Account Number | Current Balance | Average Balance For Previous Two Months | Date Opened |
|---|---|---|---|---|
| EQUITY | 1K0066-30 | $6,295,755 | $ +- 6,217,000 | PRE-1980 |
| | | $ | $ | |
| | | $ | $ | |

11. Loans Outstanding To Applicant(s)

| Loan Number | Date of Loan | Original Amount | Current Balance | Installments (Monthly/Quarterly) | Secured By | No. of Late Payments |
|---|---|---|---|---|---|---|
| | | $ | $ | $ per | | |
| | | $ | $ | $ per | | |
| | | $ | $ | $ per | | |

12. Please include any additional information which may be of assistance in determination of credit worthiness. (Please include information on loans paid in full in item 11 above.)

13. If the name(s) on the account(s) differ from those listed in item 7, please supply the name(s) on the account(s) as reflected by your records.

**Part III - Authorized Signature** - Federal statutes provide severe penalties for any fraud, intentional misrepresentation, or criminal connivance or conspiracy purposed to influence the issuance of any guaranty or insurance by the VA Secretary, the U.S.D.A., FmHA/FHA Commissioner, or the HUD/CPD Assistant Secretary.

14. Signature of Depository Representative    15. Title (Please print or type)  ACCT MGR.    16. Date  3/11/03

17. Please print or type name signed in item 14  FRANK D. Pascali    18. Phone No.  212 - 230 - 2424

CALY? Form ved.rm 10/98

USAO-077987

GOVERNMENT
EXHIBIT
200-74
10 Cr. 228 (LTS)

# The bank fraud evidence

The Kugels – father, mother, son and spouse, and daughter – obtained a series of bank loans for the purchase and/or upgrade of a variety of high-end real estate holdings.

In support of these loans the Kugels submitted documentation to each specific lender.

On their applications, the various Kugels listed their IA accounts at Madoff Securities as assets in support of these bank loans.

The Kugel IA accounts were all managed and maintained by David Kugel.

Ms. Crupi played no role in the preparation of and the submission of any loan application to any bank or lender.

# The bank fraud evidence

Ms. Crupi did not receive a single cent from the loans or any other thing of value related to these loans.

The government alleges only that Ms. Crupi signed documents verifying the Kugel IA account balances.

Ms. Crupi did not draft many of these documents.   They were drafted and given to her to sign by Craig Kugel and David Kugel.

For those documents she did draft, she received the requisite numbers from David Kugel.  All the documents signed by Ms. Crupi, were "Kugel creations".

There is no that Ms. Crupi ever checked or verified that the numbers given her by the Kugels or that she did anything but trust David Kugel, a long time Madoff Securities employee and supervisor of the Madoff Securities trading floor.

The one time that the work was more complicated, requiring actual account statements and falsification, Frank DiPascali took over the job.

# Craig Kugel said…

Q. You never asked him to see a document or to check in any way that the number that he was giving you was correct?

A. **No. I trusted him**.

Q. You trusted him. You relied totally and completely on the number that he gave you?

A. I did.

Q. **And simply wrote that number down, yes?**

A. Correct.

Q. **That's why in part you don't believe you committed bank fraud, correct?**

A. **That is correct.**

                                              **-- Craig Kugel Tr., 7498**

## Joann (Jodi) Crupi

### Summary of Bernard L. Madoff Business Platinum American Express
### Card # 3782-683857-51331 for Joann Crupi for Years 2003 Through 2008

| Expense | Location | Description | Approximate Amount of Charges |
|---|---|---|---|
| Travel (Includes flights, cruises, lodging, car rental, trip insurance) | Miscellaneous | Miscellaneous | $126,113 |
| Wine Library | Springfield, New Jersey | Alcohol / Beverage | $40,371 |
| Miscellaneous Food and Beverage (Includes food and beverage charges outside NY) | Miscellaneous | Food and Beverage | $34,835 |
| Tarantella's Restaurant | Clark, New Jersey | Food and Beverage | $13,591 |
| Shoppers Discount | Summit, New Jersey | General Merchandise | $9,578 |
| Costco Wholesale | Union, New Jersey | Grocery Store / Supermarket / Wholesale Club | $6,665 |
| Best Friends Pet Care | North Plainfield, New Jersey | Miscellaneous | $5,473 |
| Miscellaneous Wine / Liquor Purchases | Miscellaneous | Miscellaneous | $4,905 |
| Paypal | California | Misc Professional / Ebay Purchase | $4,850 |
| Fleming's Steakhouse | Las Vegas, Nevada | Food and Beverage | $3,870 |
| Guston and Guston, LLP | Glen Rock, New Jersey | Legal Services | $3,524 |
| Delivery Now | Westfield / Cranford, New Jersey | Delivery Now | $2,899 |
| RWJ Rahway Fitness & Wellness | Scotch Plains, New Jersey | Doctor and Physician | $2,466 |
| Garden State Wine Club | Bridgewater, New Jersey | General Merchandise | $2,194 |
| DMT Automotive | Springfield, New Jersey | Auto Dealer (New/Used) | $1,895 |
| Majestic Awning, Inc. | Edison, New Jersey | Awnings | $1,868 |
| Dave Rossi Photography | Westfield, New Jersey | Photographic Studio | $1,723 |
| Pottery Barn | New Jersey | Catalog / Retail Merchant | $1,101 |
| Five Star Catering | Garwood, New Jersey | Caterers | $1,057 |
| BJ's | Watchung, New Jersey | BJ's Club | $1,011 |
| Other Personal (Ticketmaster, retail stores, etc) | Miscellaneous | Miscellaneous | $18,284 |

**Total**     **$288,272**

GOVERNMENT
EXHIBIT
2000-7

# Agent Margo Dabney said…

**Q. Is it fair to say that the only analysis you've done as to these charges is limited to the four corners of the American Express card statements themselves and what you were given by Agent Duffin?**

**A. Yes.**

**-- Agent Margo Dabney Tr., 8456-57**

# Agent Margo Dabney said…

Q. Is the information on this American Express card bill for these charges sufficient to permit you to determine whether these were personal or business expenses?

**A. No.**

**-- Agent Margo Dabney Tr., 8465-66**

# Agent Margo Dabney said...

Q. Let's go back to the page we were looking at a few minutes ago, before this one, the two restaurant charges in January 2004. . . Were these two restaurant charges included as personal expenses charged to Ms. Crupi in the analysis you did that resulted in 2000-29 and 2000-30?

A. **I don't know.**

**-- Agent Margo Dabney Tr., 8456-57**

36221105 43407-8

| Form 1040 | Department of the Treasury — Internal Revenue Service<br>U.S. Individual Income Tax Return | 2007 | IRS Use Only — Do not write or staple in this space.<br>OMB No. 1545-0074 |
|---|---|---|---|

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning _____ , 2007, ending _____ , 20 ____

**Label** (Use the IRS label. Otherwise, please print or type.)

JOANN CRUPI
436 GROVE STREET
WESTFIELD NJ 07090

Your social security number _____

Spouse's social security no. _____

▲ You **must** enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status** — Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See inst.) If qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see inst.)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b ____ 1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☐ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|
| BOWEN CRUPI | | SON | ☒ |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you ____ 1
• did not live with you due to divorce or separation (see inst.) ____
Dependents on 6c not entered above ____

Add numbers on lines above ▶ ____ 2

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 278,464 |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8a | 2,189 |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . . . . . . | 9a | 2,586 |
| b | Qualified dividends (see instructions) . . . . . . . . . . . . . . | 9b | 179 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . | 10 | 16,161 |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C–EZ . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ ☐ | 13 | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . | 15a | | b Taxable amount . . . . . . . . . . . | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount . . . . . . . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . | 17 | -33,702 |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount (see inst.) | 20b | |
| 21 | Other income. NET OPERATING LOSS $-181748 | 21 | -181,748 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 80,950 |

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) . . . . . . . . . . . . . . . | 23 | | | |
|---|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106/2106-EZ | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . . . . . . | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . | 27 | | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . | 28 | | | |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | | | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . | 30 | 762 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | IRA deduction (see instructions) . . . . . . . . . . . . . . . . . . . | 32 | | | |
| 33 | Student loan interest deduction (see instructions) . . . . . . . | 33 | | | |
| 34 | Tuition and fees deduction. Attach Form 8917 . . . . . . . . . | 34 | | | |
| 35 | Domestic production activities ded. Attach Form 8903 . . . . | 35 | 176 | |
| 36 | Add lines 23 through 31a and 32 through 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 938 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . . . . . ▶ | 37 | 80,012 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions. — Form **1040** (2007)

JVA 07 10401 TWF 21480 Copyright Forms (Software Only) – 2007 TW

Exhibit 500-60, p.2

2822109984252

Form **1040**  Department of the Treasury -- Internal Revenue Service
**U.S. Individual Income Tax Return** **2004** (99) IRS Use Only -- Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning , 2004, ending , 20  OMB No. 1545-0074

| Label (See instructions) Use the IRS label. Otherwise, please print or type. | JOANN CRUPI 436 GROVE STREET WESTFIELD NJ 07090 |
|---|---|

**Your social security number**

**Spouse's social security no.**

▲ You **must enter** ▲ your SSN(s) above.

**Presidential Election Campaign** Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶   You [X] Yes [X] No   Spouse [ ] Yes [ ] No

**Filing Status**
Check only one box.
1 [✓] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [X] Head of household (with qualifying person). (See inst.) If qualifying person is a child but not your dependent, enter child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see inst.)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . . . . . .
b [ ] Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Boxes checked on 6a and 6b** 1
**No. of children on 6c who:**
• lived with you 1

c **Dependents:** If more than four dependents, see inst.

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|---|
| BOWEN | CRUPI | | SON | [X] |
| | | | | |
| | | | | |
| | | | | |

• did not live with you due to divorce or separation (see inst.)
Dependents on 6c not entered above
Add numbers on lines above ▶ 2

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**
Attach Forms W-2 here. Also attach Form(s) W-2G and 1099-R If tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 200,133 |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8a | 41 |
| b | Tax-exempt interest. Do not include on line 8a . . . . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9a | 7,173 |
| b | Qualified dividends (see instructions) . . . . . . . . . . . . . . . . | 9b | 109 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . | 10 | 1,874 |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . | 15a | | b Taxable amount . . . . . . . . . | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount . . . . . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . | 17 | -23,310 |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount (see inst.) | 20b | |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 182,911 |

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) . . . . . . . . . . . . . . . . . | 23 | | |
|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106/2106-EZ | 24 | | |
| 25 | IRA deduction (see instructions) . . . . . . . . . . . . . . . . . . . . | 25 | | |
| 26 | Student loan interest deduction (see instructions) . . . . . . . | 26 | | |
| 27 | Tuition and fees deduction (see instructions) . . . . . . . . . . . | 27 | | |
| 28 | Health savings account deduction. Attach Form 8889 . . . . | 28 | | |
| 29 | Moving expenses. Attach Form 3903 . . . . . . . . . . . . . . . . | 29 | | |
| 30 | One-half of self-employment tax. Attach Schedule SE . . . | 30 | | |
| 31 | Self-employed health insurance deduction (see instructions) | 31 | | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . | 32 | | |
| 33 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . . | 33 | | |
| 34a | Alimony paid   b Recipient's SSN ▶ | 34a | | |
| 35 | Add lines 23 through 34a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | 0 |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . . . . . . ▶ | 36 | 182,911 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   Preparers Edition   Form **1040** (2004)

JVA   4  104012   TWF 6657   Copyright Forms (Software Only) – 2004 TW

Exhibit 500-57, p.2





