UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

     -v-                             No. 10CR228-LTS

DANIEL BONVENTRE et al.,

          Defendants.

------------------------------------------------------x

## ORDER

In light of the voluminous submissions received by the Court addressing the many issues that must be carefully considered in regard to sentencing, including forfeiture, sentencing proceedings are hereby adjourned to:

     **Monday, September 15, 2014, at 10:00 a.m.** for defendant Daniel Bonventre.

     **Monday, September 15, 2014, at 2:00 p.m.** for defendant Annette Bongiorno.

     **Tuesday, September 16, 2014, at 10:00 a.m.** for defendant JoAnn Crupi.

     **Tuesday, September 16, 2014, at 2:00 p.m.** for defendant Jerome O'Hara.

     **Wednesday, September 17, 2014, at 2:00 p.m.** for defendant George Perez.

     SO ORDERED.

Dated: New York, New York
      July 22, 2014

                            LAURA TAYLOR SWAIN
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 2 2014