```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 12 2014
```

THE LAW OFFICES OF
ANDREW J. FRISCH

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038

(212) 285-8000
FAX: (646) 304-0352

WWW.ANDREWFRISCH.COM

September 12, 2014

By ECF and Facsimile

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Daniel Bonventre
               Criminal Docket No. 10-228 (LTS)

Dear Judge Swain:

      The defendants' responses to the government's supplemental memorandum of law in connection with sentencing are due today. I write on behalf of Mr. Bonventre to request a short extension of time until no later than Monday to make our submission.

      Our submission is substantially complete, but there remain some time-consuming organizational, housekeeping and proofreading to do which prevent us from filing today. We may actually be able to file tomorrow or Sunday, but ask for Monday in an abundance of caution.

      We appreciate the Court's consideration of this request.

Respectfully submitted,

Andrew J. Frisch

cc: All Counsel

*The deadline is extended to 12:00 pm noon on Saturday September 13, 2014.*

SO ORDERED:

_/s/ 9/12/14_
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE