THE LAW OFFICES OF
# ANDREW J. FRISCH

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038

(212) 285-8000
FAX: (646) 304-0352

WWW.ANDREWFRISCH.COM

December 5, 2014

By ECF and Facsimile

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: DEC 0 8 2014

Re: United States v. Daniel Bonventre
    Criminal Docket No. 10-228 (LTS)

Dear Judge Swain:

On behalf of Mr. Bonventre, we write in response to the Court's order of today, regarding submissions considered in connection with sentencings of the defendants in the above-referenced matter. While we expect Your Honor has thoroughly reviewed the relevant filings, we add the following omitted submissions on behalf of Mr. Bonventre, in an abundance of caution:

| Date Filed | Docket # | Document |
|---|---|---|
| 2/13/14 | 688 | First Letter Motion re: Rule 29 Judgment of Acquittal on Counts 4-5 & 20-24 |
| 2/17/14 | 715 | Reply re: First Letter Motion re: Rule 29 Judgment of Acquittal on Counts 4-5 & 20-24 |
| 2/17/14 | 716 | Supplemental Letter re: clarification sought in Rule 29 motions |
| 2/17/14 | 719 | Motion for Acquittal on balance of counts |
| 6/23/14 | 1029 | Letter re: Forfeiture Proceedings |
| 7/1/14 | 1044 | Letter re: Order in SDNY case relevant to post-trial submissions |
| 7/10/14 | 1058 | Letter re: sentencing |

| Date | Doc # | Description |
|---|---|---|
| 9/26/14 | 1155 | Letter re: Reconsideration of application of reading of victim impact statement |
| 9/30/14 | 1162 | Letter on forfeiture proceedings |

In addition, as to Mr. Bonventre's September 13, 2014 Opposition to Government's Supplemental Memo, Docket # 1134/1144 (main documents) and Docket # 1135/1143 (exhibits), Docket # 1137, Declaration of Daniel Bonventre in Opposition to Government's Supplemental Memo with Exhibit A should be added to the "Exhibits" column.

Thank you for your consideration.

Respectfully submitted,

/s

Andrew J. Frisch

cc: All Counsel

*The foregoing documents were reviewed and will be included in the final version of Schedule A.*

SO ORDERED:

12/6/14

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2