**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 09 2015

Caption:
United States v.

Daniel Bonventre

10-CR-228(LTS)

Docket No.: 14-4715

Judge Laura Taylor Swain
(District Court Judge)

Notice is hereby given that **the United States of America** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)
entered in this action on **December 15, 2014**
(date)

This appeal concerns: Conviction only |___| Sentence only |✓| Conviction & Sentence |___| Other |___|

Defendant found guilty by plea | | trial |✓| N/A | |

Offense occurred after November 1, 1987? Yes |✓| No | | N/A | |

Date of sentence: **12/8/2014**   N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |✓| N/A | |

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Andrew Frisch, Esq. |
| Counsel's Address: | 40 Fulton Street, 23rd Floor |
| | New York, NY 10038 |
| Counsel's Phone: | 212-285-8000 |
| Assistant U.S. Attorney: | AUSA Randall W. Jackson |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-1029 |

Randall W. Jackson
Digitally signed by Randall W. Jackson
DN: cn=Randall W. Jackson, o=USAO - SDNY, ou=DOJ, email=randall.jackson@usdoj.gov, c=US
Date: 2015.01.09 13:33:39 -05'00'

Signature