

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



July 17, 2015

BY ECF AND HAND DELIVERY

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-2015
```

    Re:    *United States v. Daniel Bonventre, et al.*
              **No. S10 10 Cr. 228 (LTS)**

              *United States v. All Right, Title & Interest in the Real Property and Appurtenances Located at 167 Legion Place, et al.*
              **No. 09 Civ. 9455 (LTS) (GWG)**

              *United States v. All Funds on Deposit in Account Nos. 94660869, 9948199297, 8007487, 9115606297, 9116151903 and 9931127481 in the Names of Annette Bongiorno and/or Rudy Bongiorno, et al.*
              **No. 10 Civ. 4858 (LTS) (JCF)**

Dear Judge Swain:

       An appearance in the above-referenced set of cases is scheduled for 4:45 p.m. on Thursday, July 23, 2015. We write to respectfully request a 45-day adjournment of that appearance to permit the remaining parties to pursue a disposition in this matter. Counsel for the remaining defendants and their spouses, as well as counsel for Hudson City Savings Bank, <u>do not object</u> to this application. Should the Court grant this adjournment request, we further request an appearance time of 4:30 p.m. or later to avoid a scheduling conflict should counsel for Mr. Bonventre still be on trial at the time of the adjourned appearance.

Thank you for your consideration.

Respectfully,

/s/ *Jonathan Cohen*
Jonathan Cohen
Paul Monteleoni
Niketh Velamoor
Assistant United States Attorneys
Tel.: (212) 637-2408/-2219/-1076

cc: all counsel (via ECF)

The conference is adjourned to September 24, 2015, at 4:30pm.

SO ORDERED:

7/20/15

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE