

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2015

BY ECF AND HAND DELIVERY

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

    Re:    *United States* v. *Daniel Bonventre, et al.*
              S10 10 Cr. 228 (LTS)

Dear Judge Swain:

    Please find enclosed a stipulation and order between the Government and Hudson City Savings Bank, which has filed a claim regarding real property at issue in the above-referenced case. We respectfully request that the Court "so-order" this stipulation and order. We believe that this stipulation and order obviates the need for Hudson City Savings Bank's presence at the appearance scheduled before Your Honor for 4:30 p.m. on September 24, 2015.

    Thank you for your consideration.

                                          Respectfully,

                                          /s/ *Jonathan Cohen*
                                          Jonathan Cohen
                                          Paul Monteleoni
                                          Niketh Velamoor
                                          Assistant United States Attorneys
                                          Tel.: (212) 637-2408/-2219/-1076

cc: all counsel (via ECF)