THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

April 1, 2020

By ECF
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: United States v. Daniel Bonventre
> Criminal Docket No. 10-228 (LTS)

Dear Judge Swain:

      In filing Mr. Bonventre's pending motion on Monday, I inadvertently filed Exhibit B thereto without all of its constituent parts. Early yesterday, I emailed a complete Exhibit B to the assigned prosecutor. I herewith refile a complete Exhibit B.

      In compliance with the Court's practice rules, I provided a courtesy copy of the motion to the Court via United States mail sent Monday. With the Court's permission, I will provide a courtesy copy of the motion papers to the Court with the complete Exhibit B via email.

Respectfully submitted,

/s/
Andrew J. Frisch

cc: AUSA Noah Solowiejczyk

Attachment