UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                                        No. 10-CR-228-LTS-3

DANIEL BONVENTRE,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received and reviewed Defendant Daniel Bonventre's letter reply in support of his motion for compassionate release, dated April 7, 2020. (Docket Entry No. 1541.) In light of Defendant's representations that he was informed that he is "on a list of about ten inmates identified for release [from FCI Schuylkill] to home confinement" (docket entry no. 1541 at 1), the Government is directed to contact the Bureau of Prisons concerning the date of Mr. Bonventre's anticipated release and file a status report by **Thursday, April 9, 2020, at 4:00 p.m.**

      SO ORDERED.

Dated: New York, New York
       April 7, 2020

                                                        /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge