THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

April 9, 2020

*By ECF*
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Daniel Bonventre*
    Criminal Docket No. 10-228 (LTS)

Dear Judge Swain:

  In light of the government's truly shocking letter of this afternoon, I write on behalf of Daniel Bonventre to request that the Court order his immediate release.

           Respectfully submitted,

           /s/
           Andrew J. Frisch

cc: AUSA Noah Solowiejczyk